428 A.2d 687

Commonwealth v. Zarsycki, Appellant.

Submitted December 6, 1979. James F. Marsh, District Attorney, for appellant; John J. Zettlemoyer, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Order affirmed.

WICKERSHAM, J., filed a memorandum dissenting opinion.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.